# OLSHAN

PARK AVENUE TOWER • 65 EAST 55TH STREET • NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300 • FACSIMILE: 212.451.2222

EMAIL: KBISCEGLIE@OLSHANLAW.COM
DIRECT DIAL: 212.451.2207

February 18, 2014



BY FAX (212) 805-7942 AND ECF

Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Shenkman Capital Management, Inc., v. Ariel Investments, LLC*,
No. 13 Civ. 0796 (AKH)

Dear Judge Hellerstein:

We are counsel for plaintiff in the above referenced action. On January 23, 2014, the Court ordered that "[a] suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice." Thereafter, the parties continued their negotiations concerning a potential settlement. However, despite diligent efforts by both parties, we have been unable as of yet to reach a mutually agreeable resolution.

No settlement having been reached, plaintiff hereby provides notice that it wishes to restore the above references action to active status. To that end, plaintiff requests that the Court rescind its January 23d order and reinstate the action and/or restore the matter to active status per the terms of the January 23d Order.

Should the Court have any questions, I am available for a telephonic conference at the Court's convenience.

Respectfully submitted,

Kyle C. Bisceglie

*The [illegible] that remain shall first be discussed at conference, 2-21-14, 10:00 a.m.*

*2-19-14*

cc: Arthur Gollwitzer, Esq. (via email)
Luke DeMarte, Esq. (via email)
Thomas J. Fleming, Esq. (via email)

OLSHAN FROME WOLOSKY LLP
WWW.OLSHANLAW.COM

2504241-1