

Michael Best & Friedrich LLP
Attorneys at Law
Two Prudential Plaza
180 North Stetson Avenue
Suite 2000
Chicago, IL 60601-6710
Phone 312.222.0800
Fax 312.222.0818

Arthur Gollwitzer III
Direct 312.596.5847
Email agollwitzer@michaelbest.com

June 26, 2014

**Via Facsimile – 212-805-7942**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 14D
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/14
```

      Re:   *Shenkman Capital Management, Inc., v. Ariel Investments, LLC,*
             No. 13 Civ. 0796 (AKH)

Dear Judge Hellerstein,

I write on behalf of all parties in the above-captioned action. We are pleased to report that our meeting with Mr. Pokotilow was fruitful, and the parties have settled their claims in this matter. The parties have finalized their settlement agreement, and we are circulating that agreement to our respective clients for their signatures. The parties will file a stipulation to dismiss this action under Federal Rule of Civil Procedure 41(a)(1) upon signing.

To that end, we respectfully request that the Court adjourn the status conference currently scheduled for tomorrow, June 27, 2014, at 10:00 a.m.

Respectfully submitted,

**MICHAEL BEST & FRIEDRICH LLP**

*/s/ Arth Gollwitzer/*

Arthur Gollwitzer III (counsel for Defendant)

cc:   All counsel of record
       Steven Pokotilow

      A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

*/s/ Alvin K. Hellerstein/*

Alvin K. Hellerstein, U.S.D.J.
Date: 6-26-14

michaelbest.com