UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENKMAN CAPITAL MANAGEMENT, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> ARIEL INVESTMENTS, LLC, <br><br> Defendant/Counterclaim Plaintiff. | Case No. 13 Civ. 0796 (AKH) <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure by and between the undersigned attorneys for Plaintiff/Counterclaim Defendant Shenkman Capital Management, Inc. ("Plaintiff") and Defendant/Counterclaim Plaintiff Ariel Investments, LLC ("Defendant") that the above-captioned action (including all counterclaims) be and hereby is dismissed without prejudice and with each party to bear its own attorneys' fees and costs.

2687451-1

This Stipulation may be executed in counterparts and copies of signatures transmitted by facsimile or e-mail shall be treated as originals for purposes of this stipulation.

Dated: July 16, 2014

| OLSHAN FROME WOLOSKY LLP | MITCHELL SILBERBERG & KNUPP LLP |
|---|---|
| By: /s/ Thomas J. Fleming<br>Thomas J. Fleming<br>tfleming@olshanlaw.com<br>Kyle C. Bisceglie<br>kbisceglie@olshanlaw.com<br>Mason A. Barney<br>mbarney@olshanlaw.com<br>Park Avenue Tower<br>65 East 55th Street<br>New York, New York 10022<br>Tel. (212) 451-2300<br>Fax (212) 451-2222<br><br>***Attorneys for Plaintiff*** | By: /s/ Bradley J. Mullins<br>Bradley J. Mullins<br>bym@msk.com<br>12 East 49th Street, 30th Floor<br>New York, New York 10017<br>Tel. (212) 509-3900<br>Fax (212) 509-7239<br><br>-and-<br><br>Arthur Gollwitzer III<br>agollwitzer@michaelbest.com<br>Luke W. DeMarte<br>lwdemarte@michaelbest.com<br>MICHAEL BEST & FRIEDRICH LLP<br>Two Prudential Plaza<br>180 North Stetson Avenue<br>Suite 200<br>Chicago, Illinois 60601<br>Tel. (312) 222-0800<br>Fax (312) 222-0818<br><br>***Attorneys for Defendant*** |

SO ORDERED:

_____
Hon. Alvin H. Hellerstein
United States District Judge

2

2687451-1