

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENKMAN CAPITAL MANAGEMENT, INC., | Case No.    13 Civ. 0796 (AKH) |
| Plaintiff/Counterclaim Defendant, | **STIPULATION OF DISMISSAL** |
| v. | |
| ARIEL INVESTMENTS, LLC, | |
| Defendant/Counterclaim Plaintiff. | |



IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal

Rules of Civil Procedure by and between the undersigned attorneys for Plaintiff/Counterclaim

Defendant Shenkman Capital Management, Inc. ("Plaintiff") and Defendant/Counterclaim

Plaintiff Ariel Investments, LLC ("Defendant") that the above-captioned action (including all

counterclaims) be and hereby is dismissed without prejudice and with each party to bear its own

attorneys' fees and costs.

This Stipulation may be executed in counterparts and copies of signatures transmitted by

facsimile or e-mail shall be treated as originals for purposes of this stipulation.

Dated: July 16, 2014

OLSHAN FROME WOLOSKY LLP

By:   */s/ Thomas J. Fleming*
     Thomas J. Fleming
      tfleming@olshanlaw.com
     Kyle C. Bisceglie
      kbisceglie@olshanlaw.com
     Mason A. Barney
      mbarney@olshanlaw.com
     Park Avenue Tower
     65 East 55th Street
     New York, New York 10022
     Tel. (212) 451-2300
     Fax (212) 451-2222

*Attorneys for Plaintiff*

MITCHELL SILBERBERG & KNUPP LLP

By:   */s/ Bradley J. Mullins*

     Bradley J. Mullins
      bym@msk.com
     12 East 49th Street, 30th Floor
     New York, New York 10017
     Tel. (212) 509-3900
     Fax (212) 509-7239

-and-

     Arthur Gollwitzer III
      agollwitzer@michaelbest.com
     Luke W. DeMarte
      lwdemarte@michaelbest.com
     MICHAEL BEST & FRIEDRICH LLP
     Two Prudential Plaza
     180 North Stetson Avenue
     Suite 200
     Chicago, Illinois 60601
     Tel. (312) 222-0800
     Fax (312) 222-0818

*Attorneys for Defendant*

SO ORDERED:   7/23/14

Hon. Alvin H. Hellerstein
United States District Judge

2

2687451-1